STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

ANTHONY J. FERREIRA,
Plaintiff,

v.

C.A. No. 04- 5408

CITY OF EAST PROVIDENCE, by and through its Treasurer, KEVIN J. FITZGERALD, STEPHEN J. HALL, individually and in his official capacity as a police officer employed by the City of East Providence, MICHAEL A. DAVID, individually and in his official capacity as a police officer employed by the City of East Providence, KEVIN M. FEENEY, individually and in his official capacity as a police officer employed by the City of East Providence, STEPHEN E. TIERNAN, individually and in his official capacity as a police officer employed by the City of East Providence, JOHN DOE, individually and in his official capacity as a police officer employed by the City of East Providence, RICHARD ROE, individually and in his official capacity as a police officer employed by the City of East Providence, SAM ZOE, individually and in his official capacity as a police officer employed by the City of East Providence, ROBERT HOE, individually and in his official capacity as a police officer employed by the City of East Providence, GARY DIAS, individually and in his official capacity as Chief of the City of East Providence Police Department,
Defendants

CA 05 075

# COMPLAINT

## I. Introduction

This action is brought by the Plaintiff seeking relief for injuries suffered as a result of acts and/or omissions committed by Defendants in violation of the Fourth and Fourteenth Amendments

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

(1)

124491

to the United States Constitution, actionable pursuant to 42 U.S.C. §1983, Article I, §6 of the Rhode Island Constitution, and at common law.

## II. Parties

1. The Plaintiff is a resident of the City of East Providence, County of Providence, State of Rhode Island.

2. Defendant City of East Providence ("City") is a duly authorized and organized municipality pursuant to the laws of the State of Rhode Island and is sued by and through its Treasurer, Kevin J. Fitzgerald, the official designated by State Law, R.I.G.L. §45-15-5, to be named in a suit for relief against the City.

3. Defendant Gary Dias ("Dias") is sued individually and in his official capacity as Chief of Police of the City of East Providence.

4. Defendant Stephen J. Hall ("Hall") is sued individually and in her official capacity as a police officer employed by the City of East Providence Police Department.

5. Defendant Michael A. David ("David") is sued individually and in his official capacity as a police officer employed by the City of East Providence Police Department.

6. Defendant Kevin M. Feeney ("Feeney") is sued individually and in his official capacity as a police officer employed by the City of East Providence Police Department.

7. Defendant Stephen E. Tiernan ("Tiernan") is sued individually and in his official capacity as a police officer employed by the City of East Providence Police Department.

8. Defendant John Doe ("Doe")[1] is sued individually and in his official capacity as a police officer employed by the City of East Providence Police Department.

[1] At this time, fictitious names are being used for the Defendants whose identities could not be established despite the exercise of reasonable diligence by the Plaintiff.

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

9. Defendant Richard Roe ("Roe") is sued individually and in his official capacity as a police officer employed by the City of East Providence Police Department.

10. Defendant Sam Zoe ("Zoe") is sued individually and in his official capacity as a police officer employed by the City of East Providence Police Department.

11. Defendant Robert Hoe ("Hoe") is sued individually and in his official capacity as a police officer employed by the City of East Providence Police Department.

## III. Jurisdiction

12. The monetary amount claimed herein is sufficient to establish the jurisdiction of the Superior Court.

## IV. Venue

13. Venue is proper in this Court in accordance with R.I.G.L §9-4-3.

## V. Material Facts

14. On or about October 10, 2001, at approximately 6:00 P.M., Plaintiff called 911 and stated that his sister, Patricia Ferreira, was sitting in her car next to 44 Brightridge Avenue, East Providence, Rhode Island, with two (2) loaded pistols and was threatening to kill herself.

15. Subsequently, Ms. Ferreira drove her vehicle onto Birchard Avenue, East Providence, Rhode Island and the Plaintiff followed on foot.

16. While on Fenmoor Street, the Plaintiff stood directly outside Ms. Ferreira's vehicle and attempted to persuade Ms. Ferreira not to commit suicide and to give him the gun.

17. During this discussion, Defendants Hall, David, Feeney, Tiernan, Doe, Roe, Zoe, and/or Hoe approached the Plaintiff, with their weapons drawn, and ordered the Plaintiff to back away from Ms. Ferreira's vehicle or they would shoot him.

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

18. As the Plaintiff moved away from the vehicle, he was immediately pepper-sprayed by Defendant Hall, David, Feeney, Tiernan, Doe, Roe, Zoe, and/or Hoe.

19. Plaintiff was then struck in the lower back, and thrown face first to the ground and handcuffed by Defendants Hall, David, Feeney, Tiernan, Doe, Roe, Zoe, and/or Hoe.

20. Plaintiff did not resist being handcuffed.

21. As the Plaintiff lay on his stomach handcuffed, Defendants Hall, David, Feeney, Tiernan, Doe, Roe, Zoe, and/or Hoe repeatedly struck the Plaintiff in his head and back.

22. Plaintiff was pepper-sprayed, a second time, by Defendant Hall, David, Feeney, Tiernan, Doe, Roe, Zoe, and/or Hoe.

23. Plaintiff was then escorted to a police vehicle.

24. While in the police cruiser, due to severe pain in his right wrist caused by his handcuffs, Plaintiff repeatedly asked Defendants Hall, David, Feeney, Tiernan, Doe, Roe, Zoe, and/or Hoe if the handcuffs may be loosened or removed.

25. Defendants Hall, David, Feeney, Tiernan, Doe, Roe, Zoe, and/or Hoe refused to loosen or remove the handcuffs causing the Plaintiff to suffer severe injuries to his right wrist.

26. Finally, after unreasonably keeping the Plaintiff in handcuffs for an excessive time period, Defendants Hall, David, Feeney, Tiernan, Doe, Roe, Zoe, and/or Hoe removed the handcuffs.

27. Plaintiff then requested medical attention for his injuries. He was transported by ambulance to Rhode Island Hospital, where he was treated for injuries to his face and upper extremities.

28. Following medical treatment, the Plaintiff was taken back to the City Police Department, placed under arrest, and detained until he was released.

Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

29. That Defendants City and Dias failed to properly select, train, instruct, supervise, and discipline officers in the City Police Department, including Defendants Hall, David, Feeney, and Tiernan, relative to law of search and seizure resulting in the illegal and unlawful search, seizure, arrest and detention of the Plaintiff.

30. That on information and belief, during all relevant time periods, a custom or policy existed in the City Police Department wherein police officers' misconduct was encouraged, ignored, acquiesced to and/or condoned, and to which Defendants City and Dias were deliberately indifferent.

31. That Defendant City is liable under the doctrine of *respondeat superior* for the negligent acts and/or omissions of its agents, including Defendants Hall, David, Feeney, Tiernan, Doe, Roe, Zoe, and/or Hoe, as police officers employed by the City Police Department and under the supervision of Defendant Paquette, whose acts and/or omissions were within the scope of their employment and were the proximate cause of the serious injuries suffered by the Plaintiff. R.I.G.L. §9-31-1.

32. The Defendants knew or should have known that the seizure of the Plaintiff was without reasonable cause and was therefore unlawful under the circumstances. Despite such knowledge, the City, by and through their policy-making officials and agents, approved, ignored, acquiesced to, condoned, intentionally ignored, and/or were deliberately indifferent to the practice of routinely seizing, assaulting, and battering individuals without legal cause, and failed to change or eliminate such unlawful policy.

33. At all relevant times, the Defendants acted negligently, intentionally, willfully, maliciously, and/or with reckless or callous indifference to the Plaintiff's constitutionally protected rights. Furthermore, at all relevant times, the Defendants knew or should have known that their

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

conduct would cause or contribute to the deprivation of Plaintiff's civil rights and cause the Plaintiff great harm.

34. As a proximate result of the Defendants' acts and/or omissions, including but not limited to these described herein, the Plaintiff has suffered, and will continue to suffer, severe physical pain and suffering, severe mental anguish, deprivation of his civil rights, incur expenses for medical care and treatment, and other great damage.

## VI. Claims for Relief

35. The Plaintiff incorporates in the Counts below the allegations contained in ¶¶1–34 above.

### Count One
### Negligence

36. That Defendants, by their individual and concerted acts and/or omissions, including, but not limited to, those described herein, failed or refused to exercise reasonable care to avoid inflicting reasonably foreseeable harm to the Plaintiff, causing the Plaintiff to suffer damages as aforesaid.

### Count Two
### Assault

37. That Defendants Hall, David, Feeney, Tiernan, Doe, Roe, Zoe, and/or Hoe, by their individual and concerted acts and/or omissions, including, but not limited to, those described herein, did commit acts of a threatening nature towards the Plaintiff, causing the Plaintiff to reasonably fear imminent bodily harm, thereby committing an assault, causing the Plaintiff to suffer damages as aforesaid.

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

**Count Three**
**Battery**

38. That Defendants Hall, David, Feeney, Tiernan, Doe, Roe, Zoe, and/or Hoe, by their individual and concerted acts and/or omissions, including, but not limited to, those described herein, did intentionally cause offensive contact with and unconsented touching of the Plaintiff as well as trauma upon the body of the Plaintiff, thereby committing a battery, causing the Plaintiff to suffer damages as aforesaid.

**Count Four**
**False Arrest**

39. That Defendants Hall, David, Feeney, Tiernan, Doe, Roe, Zoe, and/or Hoe, by their individual and concerted acts and/or omissions, including, but not limited to, those described herein, did unlawfully and without cause detain and falsely arrest Plaintiff in violation of state law, causing the Plaintiff to suffer damages as aforesaid.

**Count Five**
**Unreasonable Seizure in Violation of 42 U.S.C. §1983**

40. That Defendants, acting under color of state law, by their individual and concerted acts and/or omissions, including, but not limited to, those described herein, caused Plaintiff to be illegally seized in derogation of the Plaintiff's constitutional right to be free from unreasonable seizures, causing Plaintiff to suffer damages as aforesaid, and thereby deprived the Plaintiff of rights secured under the Fourth and Fourteenth Amendments of the United States Constitution, actionable pursuant to 42 U.S.C. §1983.

**Count Six**
**Unreasonable Seizure in Violation of Article I, §6 of the Rhode Island Constitution**

41. That Defendants, acting under color of state law, by their individual and concerted acts and/or omissions, including, but not limited to, those described herein, caused the Plaintiff to be

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

illegally searched and seized in derogation of the Plaintiff's constitutional right to be free from unreasonable search and seizures, causing the Plaintiff to suffer damages as aforesaid, and thereby deprived the Plaintiff of rights secured under Article I, §6 of the Rhode Island Constitution.

## VII. Prayers for Relief

**WHEREFORE**, Plaintiff prays that this Court grant the following relief:

1. A declaratory judgment that the Defendants, in the manner described herein, violated the Fourth and Fourteenth Amendments to the United States Constitution and Article I, §6 of the Rhode Island Constitution by causing Plaintiff to be unlawfully searched and seized.

2. An award of compensatory damages.

3. An award of punitive damages.

4. An award of reasonable attorney's fees and costs of litigation to Plaintiff's attorney pursuant to 42 U.S.C. §1988.

5. Such other and further relief as the Court deems just and proper.

## VIII. Demand for Jury Trial

Plaintiff hereby demands a trial by jury on all counts so triable

## IX. Designation of Trial Counsel

Plaintiff hereby designates V. Edward Formisano, Esq., as trial counsel.

PLAINTIFF,
By his Attorneys,
SINAPI, FORMISANO & COMPANY, LTD.

**Date: October __, 2004**

V. Edward Formisano (#5512)
100 Midway Place, Suite 1
Cranston, RI 02920
(401) 944-9690
(401) 943-9040 (facsimile)

A True Copy Attest

Office of Clerk of Superior Court
Counties of Providence
Providence, RI