UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANTHONY J. FERREIRA, as Administrator of the Estate of Patricia J. Ferreira, and as Guardian of the Estate and Person of Ryan C. Ferreira, *Plaintiff,* | CA 05 075 |
| vs. | C.A. No. |
| CITY OF EAST PROVIDENCE, et al., *Defendants.* | *(R.I. Superior Court C.A. No. PC04-5408)* |

**PETITION FOR REMOVAL**

**To: The United States District Court for the District of Rhode Island**

1. Defendant City of East Providence, is a defendant in a civil action filed in the Providence County Superior Court entitled, *Anthony J. Ferreira v. City of East Providence, C.A. No. PC04-5408.* Attached to this petition is a complete and certified copy of the record from the Providence County Superior Court.

2. The aforesaid action was commenced with the filing of a Summons and Complaint. Upon information and belief, this complaint was served on or about February 4, 2005.

3. The above described action, as stated in Plaintiff's Complaint, is one of which this Court has original jurisdiction, pursuant to the provisions of 28 U.S.C. § 1331, and is one which may be removed to this Court by these Defendants, pursuant to the provisions of 28 U.S.C. § 1441(a)-(d).



2

*{Original C.A. No. PC04-5409}*

Defendant,
City of East Providence,
By its attorneys,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Petition for Removal was mailed, postage prepaid, on this ~~21st~~ 22nd day of February 2005, to:

V. Edward Formisano, Esq.
Sinapi & Formisano, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920
(401) 944-9690
(401) 943-9040 fax

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ANTHONY J. FERREIRA, as Administrator of the Estate of Patricia J. Ferreira, and as Guardian of the Estate and Person of Ryan C. Ferreira,
*Plaintiff,*

vs.

CITY OF EAST PROVIDENCE, et al.,
*Defendants.*

C.A. No.

*(R.I. Superior Court C.A. No. PC04-5408)*

**EXHIBITS IN SUPPORT OF PETITION FOR REMOVAL**

Exhibit A – Superior Court Docket Sheet (2/22/05)

Exhibit B – Certified Copy of Superior Court File

1. Superior Court Docket Sheet (10/07/04)
2. Return of Service – Stephen E. Tiernan
3. Return of Service – Michael A. David
4. Return of Service – Stephen J. Hall
5. Return of Service – Kevin M. Feeney
6. Return of Service – Thomas J. Rush
7. Return of Service – Kevin J. Fitzgerald
8. Complaint
9. R.I. Superior Court Civil Cover Sheet

STATE OF RHODE ISLA... PROVIDENCE PLANTATIONS PAGE 1
RHODE ISLAND JUDI... YSTEMS AND SCIENCES ...ATE 10/07/2004
SUPERIOR COURT CIVIL INFORMATION SYSTEM

## DOCKET EVENT LISTING

CASE NO.: PC2004 5408 TYPE CIVIL RIGHTS/JOB DISCRIMINATION
TITLE: ANTHONY FERREIRA V CITY OF EAST PROVIDENCE
FILING DATE: 10-06-2004 ASSIGNED TO TRIAL POOL:
DESIGNATED TO ARBITRATION:

| | | | |
|---|---|---|---|
| CITY OF EAST PROVIDENCE | BDF | Unknown,Attorney | AOR |
| DAVID,MICHAEL | DEF | Unknown,Attorney | AOR |
| DIAS,GARY | DEF | Unknown,Attorney | AOR |
| FITZGERALD,KEVIN | DEF | Unknown,Attorney | AOR |
| FEENEY,KEVIN | DEF | Unknown,Attorney | AOR |
| FERREIRA,ANTHONY | PLF | Formisano,V. Edward | AOR |
| HALL,STEPHEN J | DEF | Unknown,Attorney | AOR |
| TIERNAN,STEPHEN | DEF | Unknown,Attorney | AOR |

| DOC. ID. | DATE | JUDGE | OUTCOME | EFFECTIVE DATE |
|---|---|---|---|---|

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

3

Superior -Form 1
1-66

(2)

State of Rhode Island and Providence Plantations

PROVIDENCE , sc. SUPERIOR COURT

Civil Action, File No. 04-5408

ANTHONY J. FERREIRA, as Administrator of the Estate of Patricia J. Ferreira, and as Guardian of the Estate and Person of Ryan C. Ferreira
Plaintiff

vs.

CITY OF EAST PROVIDENCE, et al
Defendant

*Summons*

*To the above-named Defendant:* STEPHEN E. TIERNAN
East Providence Police Department
750 Waterman Avenue, East Providence, RI 02914

The above-named plaintiff has brought an action against you in said Superior Court at Providence

You are hereby summoned and required to serve upon V. Edward Formisano, Esquire ,

plaintiff's attorney, whose address is Sinapi & Formisano, Ltd. 100 Midway Place, Suite 1, Cranston, Rhode Island 02920

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a), unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counter claim may related claim which you may have against the plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature]
CLERK

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Dated: February 3, 2005

(Seal of the Superior Court)

SUPERIOR COURT
FILED
05 FEB 11 AM 11: 18

S… … of Rhode Island and Providence Plantations

PROVIDENCE sc.

## PROOF OF SERVICE

I hereby certify that on the 8 day of FEBRUARY 2005 I served a copy of this summons and a copy of the complaint received therewith upon STEPHEN E. TIERNAN

in the following manner:

X By delivering a copy of the summons and complaint to him personally.

By leaving a copy of the summons and complaint at his dwelling house, ______ , with a person of suitable age and discretion

(ADDRESS)

then residing therein.

By leaving a copy of the summons and complaint at his usual place of above, ______ with a person of suitable age and discretion

(ADDRESS)

then residing therein.

By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely ______ . Such

(NAME OF AGENT)

agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

Sheriff's Fees
Travel..... $
Service... $ 25.00
$ 25.00

Vincent P. Catamero
Constable State of R.I.
License #6023

~~DEPUTY SHERIFF~~

X

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

CIVIL ACTION No. 04-5408

SUMMONS

SUPERIOR COURT

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

ANTHONY J., FERREIRA, in both his capacity as Administrator of the Estate of PATRICIA J. FERREIRA, and as Guardian of the Estate and Person of RYAN C. FERREIRA

Vs

CITY OF EAST PROVIDENCE, et al

V. Edward Formisano, Esquire
Sinapi & Formisano, Ltd.
100 Midway Place, Suite 1

ATTORNEY FOR PLAINTIFF

NOTE: Returnable to Plaintiff's Attorney forthwith after Service. Proof of Service t o be filed within time during which the person served must respond.

(3)

State of Rhode Island and Providence Plantations

PROVIDENCE , sc. SUPERIOR COURT

Civil Action, File No. 04-5408

ANTHONY J. FERREIRA, as Administrator of the Estate of Patricia J. Ferreira, and as Guardian of the Estate and Person of Ryan C. Ferreira
Plaintiff

vs.

CITY OF EAST PROVIDENCE, et al
Defendant

*Summons*

*To the above-named Defendant:* MICHAEL A. DAVID
East Providence Police Department
750 Waterman Avenue, East Providence, RI 02914

The above-named plaintiff has brought an action against you in said Superior Court at Providence

You are hereby summoned and required to serve upon V. Edward Formisano, Esquire

plaintiff's attorney, whose address is Sinapi & Formisano, Ltd. 100 Midway Place, Suite 1, Cranston, Rhode Island 02920

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a), unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counter claim may related claim which you may have against the plaintiff, or you will thereafter be barred from making such claim in any other action.

Clerk

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Dated: February 3, 2005

SUPERIOR COURT
FILED
(Seal of the Superior Court)

05 FEB 11 AM 11:18

State of Rhode Island and Providence Plantations

Providence sc.

PROOF OF SERVICE

I hereby certify that on the 7 day of February 2005 I served a copy of this summons and a copy of the complaint received therewith upon Michael A. David

in the following manner:

X By delivering a copy of the summons and complaint to him personally.

By leaving a copy of the summons and complaint at his dwelling house, ______

______ (ADDRESS), with a person of suitable age and discretion then residing therein.

By leaving a copy of the summons and complaint at his usual place of above, ______

______ (ADDRESS) with a person of suitable age and discretion then residing therein.

By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely ______ (NAME OF AGENT). Such agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

______

______

______

Sheriff's Fees

| | |
|---|---|
| Travel..... | $ |
| Service... | $ 25.00 |
| | $ 25.00 |

Vincent P. Catamero

~~Deputy Sheriff~~

Vincent P. Catamero
Constable State of R.I.
License #6023

X

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

CIVIL ACTION No. 04-5408

SUMMONS

SUPERIOR COURT

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

ANTHONY J., FERREIRA, in both his capacity as Administrator of the Estate of PATRICIA J. FERREIRA, and as Guardian of the Estate and Person of RYAN C. FERREIRA

Vs

CITY OF EAST PROVIDENCE, et al

V. Edward Formisano, Esquire
Sinapi & Formisano, Ltd.
100 Midway Place, Suite 1

ATTORNEY FOR PLAINTIFF

NOTE: Returnable to Plaintiff's Attorney forthwith after Service. Proof of Service to be filed within time during which the person served must respond.

Superior -Form 1 ( )
1-66

(4)

State of Rhode Island and Providence Plantations

PROVIDENCE , sc. SUPERIOR COURT

Civil Action, File No. 04-5408

ANTHONY J. FERREIRA, as Administrator of the Estate of Patricia J. Ferreira, and as Guardian of the Estate and Person of Ryan C. Ferreira
Plaintiff

vs.

CITY OF EAST PROVIDENCE, et al
Defendant

*Summons*

*To the above-named Defendant:* STEPHEN J. HALL
East Providence Police Department
750 Waterman Avenue, East Providence, RI 02914

The above-named plaintiff has brought an action against you in said Superior Court at Providence

You are hereby summoned and required to serve upon V. Edward Formisano, Esquire ,

plaintiff's attorney, whose address is Sinapi & Formisano, Ltd. 100 Midway Place, Suite 1, Cranston, Rhode Island 02920

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a), unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counter claim may related claim which you may have against the plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature] ,
CLERK

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Dated: February 3, 2005

SUPERIOR COURT
FILED
(Seal of the Superior Court) Y S. KINCH JR.

05 FEB 11 AM 11: 17

State of Rhode Island and Providence Plantations

PROVIDENCE sc.

PROOF OF SERVICE

I hereby certify that on the 7 day of FEBRUARY 2005 I served a copy of this summons and a copy of the complaint received therewith upon STEPHEN T. HALL

in the following manner:

X By delivering a copy of the summons and complaint to him personally.

By leaving a copy of the summons and complaint at his dwelling house, ______ , with a person of suitable age and discretion
(ADDRESS)

then residing therein.

By leaving a copy of the summons and complaint at his usual place of above, ______ with a person of suitable age and discretion
(ADDRESS)

then residing therein.

By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely ______ . Such
(NAME OF AGENT)

agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

Sheriff's Fees
Travel..... $
Service... $ 25.00
$ 25.00

Vincent P. Catamero
Vincent P. Catamero ~~DEPUTY SHERIFF~~
Constable State of R.I.
License #6023

X

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

CIVIL ACTION No. 04-5408

SUMMONS

SUPERIOR COURT

A True Copy Attest: Office of Clerk of Superior Court Counties of Providence & Bristol Providence, Rhode Island

ANTHONY J., FERREIRA, in both his capacity as Administrator of the Estate of PATRICIA J. FERREIRA, and as Guardian of the Estate and Person of RYAN C. FERREIRA

Vs

CITY OF EAST PROVIDENCE, et al

V. Edward Formisano, Esquire
Sinapi & Formisano, Ltd.
100 Midway Place, Suite 1

ATTORNEY FOR PLAINTIFF

NOTE: Returnable to Plaintiff's Attorney forthwith after Service. Proof of Service to be filed within time during which the person served must respond.

Superior - Form 1
1-66

State of Rhode Island and Providence Plantations

PROVIDENCE , sc. SUPERIOR COURT

Civil Action, File No. 04-5408

ANTHONY J. FERREIRA, as Administrator of the Estate of Patricia J. Ferreira, and as Guardian of the Estate and Person of Ryan C. Ferreira
Plaintiff

vs.

CITY OF EAST PROVIDENCE, et al
Defendant

*Summons*

*To the above-named Defendant:* KEVIN M. FEENEY
East Providence Police Department
750 Waterman Avenue, East Providence, RI 02914

The above-named plaintiff has brought an action against you in said Superior Court at Providence

You are hereby summoned and required to serve upon V. Edward Formisano, Esquire

plaintiff's attorney, whose address is Sinapi & Formisano, Ltd. 100 Midway Place, Suite 1, Cranston, Rhode Island 02920

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a), unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counter claim may related claim which you may have against the plaintiff, or you will thereafter be barred from making such claim in any other action.

CLERK

Dated: February 3, 2005

(Seal of the Superior Court)

SUPERIOR COURT
FILED
05 FEB 11 AM 11: 17

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

State of Rhode Island and Providence Plantations

PROVIDENCE sc.

## PROOF OF SERVICE

I hereby certify that on the 7 day of FEBRUARY 2005 I served a copy of this summons and a copy of the complaint received therewith upon KEVIN M. FEENEY in the following manner:

X By delivering a copy of the summons and complaint to him personally.

By leaving a copy of the summons and complaint at his dwelling house, ________________

________________ (ADDRESS), with a person of suitable age and discretion then residing therein.

By leaving a copy of the summons and complaint at his usual place of above, ________________

________________ (ADDRESS) with a person of suitable age and discretion then residing therein.

By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely ________________ (NAME OF AGENT). Such agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

________________

________________

________________

Sheriff's Fees

| | |
|---|---|
| Travel..... | $ |
| Service... | $ 25.00 |
| | $ 25.00 |

Vincent P. Catamero Deputy Sheriff
Constable State of R.I.
License #6023

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

CIVIL ACTION No. 04-5408

SUMMONS

SUPERIOR COURT

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

ANTHONY J. FERREIRA in both his capacity as Administrator of the Estate of PATRICIA J. FERREIRA, and as Guardian of the Estate and Person of RYAN C. FERREIRA

Vs

CITY OF EAST PROVIDENCE, et al

V. Edward Formisano, Esquire
Sinapi & Formisano, Ltd.
100 Midway Place, Suite 1

ATTORNEY FOR PLAINTIFF

NOTE: Returnable to Plaintiff's Attorney forthwith after Service. Proof of Service to be filed within time during which the person served must respond.

Superior -Form 1
1-66

(6)

State of Rhode Island and Providence Plantations

PROVIDENCE , sc. SUPERIOR COURT

Civil Action, File No. 04-5408

ANTHONY J. FERREIRA, as Administrator of the Estate of Patricia J. Ferreira, and as Guardian of the Estate and Person of Ryan C. Ferreira
Plaintiff

vs.

CITY OF EAST PROVIDENCE, et al
Defendant

*Summons*

*To the above-named Defendant:* THOMAS J. RUSH
East Providence Police Department
750 Waterman Avenue, East Providence, RI 02914

The above-named plaintiff has brought an action against you in said Superior Court at Providence

You are hereby summoned and required to serve upon V. Edward Formisano, Esquire

plaintiff's attorney, whose address is Sinapi & Formisano, Ltd. 100 Midway Place, Suite 1, Cranston, Rhode Island 02920

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a), unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counter claim may related claim which you may have against the plaintiff, or you will thereafter be barred from making such claim in any other action.

CLERK

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Dated: February 3, 2005

(Seal of the Superior Court)

SUPERIOR COURT
FILED
05 FEB 11 AM 11: 17

State of Rhode Island and Providence Plantations

Providence sc.

PROOF OF SERVICE

I hereby certify that on the 7 day of February 2005 I served a copy of this summons and a copy of the complaint received therewith upon Thomas J. Rush

in the following manner:

X By delivering a copy of the summons and complaint to him personally.

By leaving a copy of the summons and complaint at his dwelling house, ________ , with a person of suitable age and discretion
(ADDRESS)

then residing therein.

By leaving a copy of the summons and complaint at his usual place of above, ________ with a person of suitable age and discretion
(ADDRESS)

then residing therein.

By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely ________ . Such
(NAME OF AGENT)

agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

Sheriff's Fees
Travel..... $
Service... $ 25.00
$ 25.00

Vincent P. Catamero
Constable State of R.I.
License #6023
Deputy Sheriff

X

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

CIVIL ACTION No. 04-5408

SUMMONS

SUPERIOR COURT

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

ANTHONY J., FERREIRA, in both his capacity as Administrator of the Estate of PATRICIA J. FERREIRA, and as Guardian of the Estate and Person of RYAN C. FERREIRA

Vs

CITY OF EAST PROVIDENCE, et al

V. Edward Formisano, Esquire
Sinapi & Formisano, Ltd.
100 Midway Place, Suite 1

ATTORNEY FOR PLAINTIFF

NOTE: Returnable to Plaintiff's Attorney forthwith after Service. Proof of Service t o be filed within time during which the person served must respond.

Superior -Form 1
1-66

(7)

# State of Rhode Island and Providence Plantations

PROVIDENCE , sc. SUPERIOR COURT

Civil Action, File No. 04-5408

ANTHONY J. FERREIRA, as Administrator of the Estate of Patricia J. Ferreira, and as Guardian of the Estate and Person of Ryan C. Ferreira
Plaintiff

vs.

CITY OF EAST PROVIDENCE, et al
Defendant

*Summons*

*To the above-named Defendant:* KEVIN J. FITZGERALD, Treasurer
City of East Providence
145 Taunton Avenue, East Providence, RI 02914

The above-named plaintiff has brought an action against you in said Superior Court at Providence

You are hereby summoned and required to serve upon V. Edward Formisano, Esquire

plaintiff's attorney, whose address is Sinapi & Formisano, Ltd. 100 Midway Place, Suite 1, Cranston, Rhode Island 02920

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a), unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counter claim may related claim which you may have against the plaintiff, or you will thereafter be barred from making such claim in any other action.

Hy S. Kinch, Jr.
CLERK

True Copy Attest
Hy S. Kinch, Jr.
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Dated: February 3, 2005

(Seal of the Superior Court)

SUPERIOR COURT
FILED
HENRY S. KINCH
05 FEB 11 AM 11:18

State of Rhode Island and Providence Plantations

PROVIDENCE sc.

PROOF OF SERVICE

I hereby certify that on the 4 day of FEBRUARY 2005 I served a copy of this summons and a copy of the complaint received therewith upon CITY of EAST PROVIDENCE

in the following manner:

By delivering a copy of the summons and complaint to him personally.

By leaving a copy of the summons and complaint at his dwelling house, ________________, with a person of suitable age and discretion
(ADDRESS)

then residing therein.

By leaving a copy of the summons and complaint at his usual place of above, ________________ with a person of suitable age and discretion
(ADDRESS)

then residing therein.

X By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely c/o KEVIN FITZGERALD, TREASURER. Such
(NAME OF AGENT)

agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

________________

Sheriff's Fees
Travel..... $
Service... $ 25.00
$ 25.00

Vincent P. Catamero
Constable State of R.I.
License #6023

~~DEPUTY SHERIFF~~

X [signature]

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

CIVIL ACTION No. 04-5408

SUMMONS

SUPERIOR COURT

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

ANTHONY J., FERREIRA, in both his capacity as Administrator of the Estate of PATRICIA J. FERREIRA, and as Guardian of the Estate and Person of RYAN C. FERREIRA

Vs

CITY OF EAST PROVIDENCE, et al

V. Edward Formisano, Esquire
Sinapi & Formisano, Ltd.
100 Midway Place, Suite 1

ATTORNEY FOR PLAINTIFF

NOTE: Returnable to Plaintiff's Attorney forthwith after Service. Proof of Service t o be filed within time during which the person served must respond.