UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ANTHONY J. FERREIRA, as Administrator of the Estate of Patricia J. Ferreira, and as Guardian of the Estate and Person of Ryan C. Ferreira,

*Plaintiff,*

vs.

CITY OF EAST PROVIDENCE, et al.,

*Defendants.*

C.A. No. 05-075 S

*(R.I. Superior Court C.A. No. PC04-5408)*

**ANSWER**

Now come Defendants, City of East Providence, by and through its Treasurer, Kevin J. Fitzgerald, Stephen E. Tiernan, Michael A. David, Stephen J. Hall, Kevin M. Feeney, Thomas J. Rush and hereby answer the Plaintiff's Complaint as follows:

1. These Defendants deny the allegations contained in that portion of the Plaintiff's Complaint entitled, *Introduction.*

2. These Defendants admit the allegations contained in paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, and 11 of that portion of the Plaintiff's Complaint entitled, *Parties.*

3. These Defendants make no response to the allegations contained in paragraphs 11, 12, 13 and 14 of that portion of the Plaintiff's Complaint entitled, *Parties*, and leave Plaintiff to his proof of same.

4. These Defendants make no response to the allegations contained in paragraph 15 of that portion of the Plaintiff's Complaint entitled, *Jurisdiction*, and leave Plaintiff to his proof of same.

4

5. These Defendants make no response to the allegations contained in paragraph 16 of that portion of the Plaintiff's Complaint entitled, *Venue*, and leave Plaintiff to his proof of same.

6. These Defendants admit the allegations contained in paragraph 17 and 26 of that portion of the Plaintiff's Complaint entitled, *Material Facts.*

7. These Defendants deny the allegations contained in paragraphs 18, 19, 20, 21, 22, 23, 24, 25, 27, 30, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41 and 42 of that portion of the Plaintiff's Complaint entitled, *Material Facts.*

8. These Defendants make no response to the allegations contained in paragraphs 28 and 29 of that portion of the Plaintiff's Complaint and leave Plaintiff to his proof of same.

9. These Defendants deny the allegations contained in paragraph 43 of that portion of the Plaintiff's Complaint entitled, *Claims for Relief.*

10. These Defendants deny the allegations contained in paragraph 44 of Count One of the Plaintiff's Complaint.

11. These Defendants deny the allegations contained in paragraph 45 of Count Two of the Plaintiff's Complaint.

12. These Defendants deny the allegations contained in paragraph 46 of Count Three of the Plaintiff's Complaint.

13. These Defendants deny the allegations contained in paragraph 47 of Count Four of the Plaintiff's Complaint.

14. These Defendants deny the prayers for relief set forth in the Plaintiff's Complaint.

## AFFIRMATIVE DEFENSE

FIRST AFFIRMATIVE DEFENSE

These Defendants plead the statute of limitations as a bar to the within complaint.

SECOND AFFIRMATIVE DEFENSE

These Defendants plead absolute and qualified immunity as a bar to the within complaint.

THIRD AFFIRMATIVE DEFENSE

These Defendants plead all forms of statutory and common law immunity.

FOURTH AFFIRMATIVE DEFENSE

These Defendants plead the public duty doctrine as a bar to the within complaint.

FIFTH AFFIRMATIVE DEFENSE

These Defendants plead the statutory cap on damages as a restriction on the amount of damages recoverable in These matter.

SIXTH AFFIRMATIVE DEFENSE

These Defendants plead insufficiency of service of process as a bar to the within complaint.

SEVENTH AFFIRMATIVE DEFENSE

These Defendants plead the statute of limitations as a bar to the within complaint.

**These Defendants hereby demand a jury trial.**

*{Original C.A. No. PC04-5408}*

Defendants,
By their attorney,

[signature]

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Answer was mailed, postage prepaid, on These 22nd day of February, 2005, to the following:

V. Edward Formisano, Esq. (#5512)
100 Midway Place, Suite 1
Cranston, RI 02920

[signature]