UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANTHONY J. FERREIRA, *Plaintiff,* | CA. 05-75 S |
| vs. | C.A. No. ~~04-5409~~ |
| CITY OF EAST PROVIDENCE, et al., *Defendants.* | *(R.I. Superior Court C.A. No. PC04-5409)* |

**ENTRY OF APPEARANCE**

I, Marc DeSisto, Esquire (2757), hereby enter my appearance in the above-captioned matter on behalf of the defendant, Gary Dias, individually and in his official capacity as Chief of the City of East Providence Police Department.

Defendants,
By their attorneys,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Entry was mailed, postage prepaid, on this 16th day of June, to the following:

V. Edward Formisano, Esq.
100 Midway Place, Suite 1
Cranston, RI 02920

Laura Sorge
_______________________