UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ANTHONY J. FERREIRA,

*Plaintiff,*

vs.

CITY OF EAST PROVIDENCE, et al.,

*Defendants.*

CA 05-75 S

~~C.A. No. 04-5409~~

*(R.I. Superior Court C.A. No. PC04-5409)*

**ANSWER**

Now comes defendant, Gary Dias, individually and in his official capacity as Chief of the City of East Providence Police Department, and hereby answers the Plaintiff's Complaint as follows:

1. This Defendant denies the allegations contained in the introductory portion of the Plaintiff's Complaint.

2. This Defendant admits the allegations contained in paragraphs 1, 2, 3, 4, 5, 6, and 7 of that portion of the Plaintiff's Complaint entitled, *Parties*.

3. This Defendant makes no response to the allegations contained in paragraph 5 of that portion of the Plaintiff's Complaint entitled, *Jurisdiction,* and leave plaintiff to his proof of same.

4. This Defendant makes no response to the allegations contained in paragraph 9 of that portion of the Plaintiff's Complaint entitled, *Venue*, and leave plaintiff to his proof of same.

5. This Defendant admits the allegations contained in paragraph 10 of that portion of the Plaintiff's Complaint entitled, *Material Facts*.

6. This Defendant makes no response to the allegations contained in paragraphs 11 and 12 of that portion of the Plaintiff's Complaint entitled, *Material Facts*, and leave plaintiff to his proof of same.

7. This Defendant denies the allegations contained in paragraphs 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29 and 30 of that portion of the Plaintiff's Complaint entitled, *Material Facts*.

8. This Defendant denies the allegations contained in paragraph 31 of that portion of the Plaintiff's Complaint entitled, *Claims for Relief.*

9. This Defendant denies the allegations contained in paragraph 32 of Count One of the Plaintiff's Complaint.

10. This Defendant denies the allegations contained in paragraph 33 of Count Two of the Plaintiff's Complaint.

11. This Defendant denies the allegations contained in paragraph 34 of Count Three of the Plaintiff's Complaint.

12. This Defendant denies the allegations contained in paragraph 35 of Count Four of the Plaintiff's Complaint.

13. This Defendant denies the allegations contained in paragraph 36 of Count Five of the Plaintiff's Complaint.

14. This Defendant denies the allegations contained in paragraph 37 of Count Six of the Plaintiff's Complaint.

15. This Defendant denies the prayers for relief section of the Plaintiff's Complaint.

*{Original C.A. No. PC04-5409}*

## AFFIRMATIVE DEFENSE

FIRST AFFIRMATIVE DEFENSE

This Defendant pleads the statute of limitations as a bar to the within complaint.

SECOND AFFIRMATIVE DEFENSE

This Defendant pleads absolute and qualified immunity as a bar to the within complaint.

THIRD AFFIRMATIVE DEFENSE

This Defendant pleads all statutory and common law forms of immunity.

FOURTH AFFIRMATIVE DEFENSE

This Defendant pleads the public duty doctrine as a bar to the within complaint.

FIFTH AFFIRMATIVE DEFENSE

This Defendant pleads the statutory cap on damages as a bar to the within complaint.

SIXTH AFFIRMATIVE DEFENSE

This Defendant pleads insufficiency of service of process as a bar to the within complaint.

SEVENTH AFFIRMATIVE DEFENSE

This Defendant pleads the statute of limitations as a bar to the within complaint.

**This Defendant hereby demands a jury trial.**

*{Original C.A. No. PC04-5409}*

Defendants,
By their attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Answer was mailed, postage prepaid, on this 16th day of June, 2005, to the following:

V. Edward Formisano (#5512)
100 Midway Place, Suite 1
Cranston, RI 02920