UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ANTHONY J. FERREIRA,

*Plaintiff,*

vs. C.A. No. 05-75S

CITY OF EAST PROVIDENCE, et al.,

*Defendants.*

**ASSENTED-TO MOTION TO FILE AN AMENDED ANSWER**

Now come Defendants—City of East Providence, by and through its Treasurer, Kevin J. Fitzgerald, Walter H. Barlow, Stephen J. Hall, Thomas J. Rush, Michael A. David, Kevin M. Feeney, Stephen E. Tiernan, and Gary Dias, ("Defendants")—and hereby state that Plaintiff's attorney has assented to Defendants filing an amended answer in this matter, as attached hereto. As reason for filing same, Defendants submit that numerous typographical errors were inadvertently made such that the paragraph numbers and section titles in the original Answer do not match those in the Complaint, and two affirmative defenses were inadvertently omitted.

Defendants,
By their attorney,

*/s/ Marc DeSisto*

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that the within document has been electronically filed with the Court on August 22, 2006, and is available for viewing and downloading from the ECF system.

*/s/ Marc DeSisto*
Marc DeSisto