UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANTHONY J. FERREIRA,<br>*Plaintiff,*<br>vs.<br>CITY OF EAST PROVIDENCE, et al.,<br>*Defendants.* | C.A. No. 05-75 S |

**DEFENDANTS' FIRST AMENDED ANSWER**

Now come Defendants—City of East Providence, by and through its Treasurer, Kevin J. Fitzgerald, Stephen J. Hall, Michael A. David, Kevin M. Feeney, Stephen E. Tiernan, and Gary Dias, ("Defendants")—and hereby amend their answer to the Plaintiff's Complaint as follows:

1. These Defendants deny the allegations contained in that portion of the Plaintiff's Complaint entitled, *I. Introduction*.

2. These Defendants admit the allegations contained in paragraphs 1, 2, 3, 4, 5, 6, and 7 of that portion of the Plaintiff's Complaint entitled, *II. Parties*.

3. These Defendants make no response to the allegations contained in paragraphs 8, 9, 10, and 11 of that portion of the Plaintiff's Complaint entitled, *II. Parties*, and leave plaintiff to his proof of same.

4. These Defendants make no response to the allegations contained in paragraph 12 of that portion of the Plaintiff's Complaint entitled, *III. Jurisdiction,* and leave plaintiff to his proof of same.

5. These Defendants make no response to the allegations contained in paragraph 13 of that portion of the Plaintiff's Complaint entitled, *IV. Venue*, and leave plaintiff to his proof of same.

6. These Defendants admit the allegations contained in paragraphs 14 and 23 of that portion of the Plaintiff's Complaint entitled, *V. Material Facts*.

7. These Defendants deny the allegations contained in paragraphs 15, 16, 17, 18, 19, 20, 21, 22, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, and 34 of that portion of the Plaintiff's Complaint entitled, *V. Material Facts*.

8. These Defendants reassert their answers to ¶¶ 1-34 above, in response to paragraph 43of that portion of the Plaintiff's Complaint entitled, *VI. Claims for Relief.*

9. These Defendants deny the allegations contained in paragraph 36 of that portion of the Plaintiff's Complaint entitled, *Count One: Negligence.*

10. These Defendants deny the allegations contained in paragraph 37 of that portion of the Plaintiff's Complaint entitled, *Count Two: Assault.*

11. These Defendants deny the allegations contained in paragraph 38 of that portion of the Plaintiff's Complaint entitled, *Count Three: Battery.*

12. These Defendants deny the allegations contained in paragraph 39 of that portion of the Plaintiff's Complaint entitled, *Count Four: False Arrest.*

13. These Defendants deny the allegations contained in paragraph 40 of that portion of the Plaintiff's Complaint entitled, *Count Five: Unreasonable Seizure in Violation of 42 U.S.C. § 1983.*

14. These Defendants deny the allegations contained in paragraph 41 of that portion of the Plaintiff's Complaint entitled, *Count Six: Unreasonable Seizure in Violation of Article I, §6 of the Rhode Island Constitution..*

15. These Defendants deny any allegations contained in paragraphs 1, 2, 3, 4, and 5 of that portion of Plaintiff's Complaint entitled, *VII. Prayers for Relief.*

## **AFFIRMATIVE DEFENSE**

### FIRST AFFIRMATIVE DEFENSE

These Defendants plead the statute of limitations as a bar to the within complaint.

### SECOND AFFIRMATIVE DEFENSE

These Defendants plead absolute and qualified immunity as a bar to the within complaint.

### THIRD AFFIRMATIVE DEFENSE

These Defendants plead all statutory and common law forms of immunity.

### FOURTH AFFIRMATIVE DEFENSE

These Defendants plead the public duty doctrine as a bar to the within complaint.

### FIFTH AFFIRMATIVE DEFENSE

These Defendants plead the statutory cap on damages as a bar to the within complaint.

### SIXTH AFFIRMATIVE DEFENSE

These Defendants plead insufficiency of service of process as a bar to the within complaint.

SEVENTH AFFIRMATIVE DEFENSE

These Defendants plead the statute of limitations as a bar to the within complaint.

EIGHTH AFFIRMATIVE DEFENSE

These Defendants plead justification as a bar to the within complaint.

NINTH AFFIRMATIVE DEFENSE

These Defendants assert that plaintiff's Complaint fails to support any claims against defendants in their individual capacities.

**These Defendants hereby demand a jury trial.**

Defendants,
By their attorney,

*/s/ Marc DeSisto*

Marc DeSisto
Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that the within document has been electronically filed with the Court on August 22, 2006, and is available for viewing and downloading from the ECF system.

*/s/ Marc DeSisto*
Marc DeSisto