**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ANTHONY J. FERREIRA, in both his capacity as Administrator of the Estate of Patricia J. Ferreira and as guardian of the estate and person of Ryan C. Ferreira,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **C.A. No. 05-73S** |
| **CITY OF EAST PROVIDENCE, by and through its Treasurer, KEVIN J. FITZGERALD, et al.,** | : | |
| **Defendants** | : | |
| **ANTHONY J. FERREIRA,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | |
| **CITY OF EAST PROVIDENCE, by and through its Treasurer, KEVIN J. FITZGERALD, et al.,** | : | |
| **Defendants** | : | |

**JOINT MOTION TO CONTINUE TRIAL**

Now come the parties in the above-cited matter and hereby move that this matter be scheduled for trial in February or March, 2007 or to a such time as this Honorable Court sees fit.

This request is based on the fact that additional discovery remains, discovery motions are pending, the nature of this dispute will make it difficult for the parties to meet with witnesses during the holiday season as well as the press of business.

Based on the foregoing, the parties respectfully request that this Court schedule this matter for trial in either February or March, 2007 or to such date as it deems fit and proper.[1]

[1] The parties' experts have conflicts on the following dates: 2/2/-2/5; 2/9; 2/12-2/16; 2/17-2/25; 3/3-3/17 3/19.

Respectfully Submitted,
Plaintiff,
By his Attorney,

s/ V. Edward Formisano
V. Edward Formisano (5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401)944-9690
(401)943-9040(facsimile)

Respectfully Submitted,
Defendants,
By their Attorney,

s/ Marc DeSisto
Marc DeSisto(2757)
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401)272-4442
(401)272-9937 (facsimile)