HER TEK LLC AudioNideo Forensic Consultants

Bruce E. Koenig Steven A. Killion Douglas S. Lacey

Tel (703) 631-7099 Fax (703) 266-4461 BEKTEK@cox.net

LABORATORY REPORT

February 16, 2007

To: Marc DeSisto, Esq.

DeSisto Law

211 Angell Street Providence, RI 02906-2112

Re: Anthony J. Ferreira v. City of East Providence, et at C.A. Nos. 05-738 and 05-758 (consolidated)

Reference: Your letter of August 28, 2006

Laboratory Number: 0608290

Specimen received: August 29,2006

Qc1 One SONY T-120 VHS videocassette, marked in part "FERREIRAEP, C.A. NO. 05-738" on a label affixed to the spine of the cassette.

Results of examinations:

Frame-by-frame visual analysis, critical listening, and cross-pulse examinations were conducted of specimen Qc1, which revealed the following (all times are approximate and expressed in a "minutes:seconds:frames" format relative to the beginning of the tape):

1. Specimen Qcl contains 32 minutes and 24 seconds of recorded information, starting from the beginning of the tape.
2. The designated portion of specimen Qc1 is from 16:37:06 to 16:44:13, with the shooting occurring at 16:40:22.
3. The designated portion does not contain original recorded information; rather, it consists of copied information from an original recording or intermediate copy.

4. The designated portion is not one continuous recording. There is a discontinuity in the recorded video and audio information at 16:40:04, as officers approach the passenger's side of the vehicle. This discontinuity may be the result of a stop and restart of the camcorder during the original recording or an intermediate copying process, or may indicate an alteration to the original recording and/or an intermediate copy.

5. In the area surrounding the designated portion (starting at 15:54: 12 and ending at 17:25:00), there are numerous discontinuities and possible alterations in the recorded video and audio information, as follows:

a. 15:54: 12 - Discontinuity in the video and audio information.

b. 16:36:20 - Discontinuity in the video and audio information.

c. 16:37:06 - Discontinuity in the video and audio information.

d. 16:40:04 - Discontinuity in the video and audio information.

e. 16:44:13 - Complete loss of the high-level recorded audio information and noticeable color changes in the video information.

f. 16:44: 17 through 16:44:25 - Video information marked by general loss of quality and stability, with video noise present.

g. 16:44:26 - Color (initially muted) and general stability returns to the video information.

h. 16:45:28 - The high-level recorded audio information returns.

1. 16:46:25- Noticeable color changes in the video information begin.

J. 16:46:26 - Complete loss of the high-level recorded audio information.

k. 16:46:28 through 16:49: 16 - Video information marked by general loss of quality and stability, with video noise present. The content of the video information in this area appears to be a fast-motion reversal of the visual information leading up to 16:46:28, ultimately ending at a point in the recprding between 15:54:12 and 16:36:20. This is generally consistent with either the original recording, or an intermediate copy, being rewound during the copying process.

1. 16:49:17 through 17:23:27 - The stability of the video information improves slightly, but there is still a marked loss of quality. The content of the video information in this area appears to be a slowmotion playback of the visual information starting from the point in

the recording where the rewind process above ended (between 15:54:12 and 16:36:20) and ending at a point between 16:44:26 and 16:46:28. This is generally consistent with either the original recording, or an intermediate copy, being played back in a slowmotion mode (approximately 1/5 EP real-time playback) during the copYIng process.

m. 17:23:28 - Overall stability of the video information returns and the video noise mostly disappears. The video information contains duplicate information to a portion of the segment of stable video recording beginning at 16:44:26. From this point on, the video information appears to be playing back again at EP real-time speed.

n. 17:23:29 - Color (initially muted) returns to the video information.

o. 17:25:00 - The high-level recorded audio information returns, and contains some duplicate information to the short segment of audio information beginning at 16:45:28 and ending at 16:46:26.

All of the discontinuities above may be the result of stops and restarts of the camcorder during the original recording or an intermediate copying process, or may indicate alterations to the original recording and/or an intermediate copy.

6. Because specimen Qcl is a copy of previously-recorded material, no conclusive determinations can be made regarding whether or not the original recording is continuous and/or has been altered in any way. Only through analysis of the original recording itself can such determinations be made.

The video authenticity examination was conducted by Douglas S. Lacey.

